IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SUE SALYER, ) | |
| ) | |
| Plaintiff, ) | Civil No. 10-01935 HWG |
| ) | |
| vs. ) | |
| ) | |
| HD SUPPLY WATERWORKS, LTD. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER RE JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISS LAWSUIT WITH PREJUDICE

A Joint Motion to Approve Settlement Agreement and Dismiss the Lawsuit with Prejudice (Doc. 38) having been entered into between the parties in the above-entitled action, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Settlement Agreement attached as Exhibit 1 to the Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice, is approved as a fair and equitable resolution of this action.

IT IS FURTHER ORDERED that this action is dismissed with prejudice, each side to bear its own attorneys' fees, costs and expenses.

//

//

//

//

The Court retains jurisdiction to reopen the proceeding within thirty days of this Order, upon good cause shown.

IT IS SO ORDERED.

DATED: April 5, 2011, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge